```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

DAVID T. PIPER,                )
                               )
          Plaintiff,           )        8:12CV69
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )        ORDER
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for leave to extend time to respond to plaintiff's brief (Filing No. 17). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until October 29, 2012, to respond to plaintiff's brief.

DATED this 27th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court